IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| | : | |
| v. | : | NO. 07-165-3 |
| | : | |
| JOSHUA BURTON | : | |
| | : | |

**M E M O R A N D U M**

**STENGEL, J.**                                                                                         **November 13, 2008**

After consideration of all the evidence presented at the hearing regarding defendant's motion for reconsideration of his detention order, I will deny defendant's motion because he is a threat to the safety of his community and presents a flight risk.

At the hearing on his motion for reconsideration, defendant presented a letter with a promise of employment by Megan E. Colon of New York Urban Inc. in Palmer Park Mall, Easton, Pennsylvania.  Additionally, the defendant's mother appeared and stated that defendant could live with her upon his release.  The defendant had listed his mother's address as his residence prior to arrest, according to the Pretrial Services report.  At the hearing, however, defendant's mother stated that the defendant only lived with her occasionally during that period.

Prior to his detention, the defendant was an active participant in efforts to recover a gun used in the robbery giving rise to these charges.  He had several telephone conversations with his co-defendant Tramell Bledsoe, who was then in prison, about the

weapon.

The defendant has had no employment since 2001. Despite this lack of employment, the defendant was able to purchase twenty (20) firearms prior to his arrest. The defendant has no relationship with the employer currently offering him a job (i.e., he is not a past employee of that business).

On the basis of all the evidence presented at the hearing, I find that the defendant is a continued threat to the safety of his community and that in light of the potential sentence he may receive, the defendant presents a flight risk. Therefore, the defendant's motion is denied.

An appropriate order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 07-165-3 |
| JOSHUA BURTON | : | |

**O R D E R**

**AND NOW**, this 13th day of November, 2008, upon consideration of Joshua Burton's Motion for Reconsideration of Detention Order (Document #191), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

3